

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00869-CV

**IN RE K.S.L.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed: December 23, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On December 12, 2014, relator filed a petition for writ of mandamus complaining of the trial court's order on motion to compel arbitration. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013CI05201, styled *In the Matter of the Marriage of K.S.L. and R.R.L.*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.